UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS HERNANDEZ, individually and on behalf of all others similarly-situated<br><br>      Plaintiff,<br><br>  v.<br><br>TAMRAK MANAGEMENT INC.,<br><br>      Defendant. | No. 19 Civ. 6825 (PAE)(KHP)<br><br>[PROPOSED]<br>**JUDGMENT** |

  This action having been commenced on July 23, 2019, and a copy of the Summons and Complaint having been served on Defendant by personal service on the New York State Secretary of State on July 25, 2019 and proof of service having been filed on July 31, 2019, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 31, 2018; it is

  ORDERED, ADJUDGED, AND DECREED that a default is entered against the Defendant in the total amount of $146,884.80 as follows: (i) economic damages in the amount of $64,653.75 for Plaintiff's claims under the Fair Labor Standards Act ("FLSA"); (ii) liquidated damages in the amount of $64,653.75 for Plaintiff's claims under the FLSA; (iii) statutory damages in the amount of $5,000.00 for failing to provide wage notices pursuant to NYLL § 195(1); (iv) statutory damages in the amount of $5,000.00 for failing to provide wage statements pursuant to NYLL § 195(3); (v) attorneys' fees pursuant to the FLSA and NYLL in the amount $6,335.00; and (ix) costs pursuant to the FLSA and NYLL in the amount of $1,242,30.

Dated: _____, 2019

                             _____
                               PAUL A. ENGELMAYER
                              United States District Judge