**MEMO ENDORSED**

# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/16/2020

January 15, 2020

*Via ECF*

Hon. Judge Katherine H. Parker
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter that is scheduled for Tuesday, January 21, 2020 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, February 19, 2020 at 12:15 p.m. Defendant's deadline to Answer is hereby extended to February 15, 2020.

APPLICATION GRANTED

*/S/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/16/2020

Re: *Carlos Hernandez v. Tamrak Management, Inc.*
    *Index No. 19-CV-6825 (PAE) (KHP)*

Dear Hon. Judge Parker:

This firm was just retained to represent Defendant Tamrak Management, Inc., in the above referenced matter. I am writing to respectfully request that the deadline for submission of Defendant's Answer be extended until February 15, 2020. Should the court grant our request regarding Defendant's Answer, we further request that the Initial Pretrial Conference be adjourned to a date after February 15, 2020. The Initial Pretrial Conference is currently scheduled for January 21, 2020.

The reason for these requests is that we were just retained to handle this matter today, and we need some time to gather information, speak to relevant witnesses, and review relevant documents. I have spoken to Gregory Filosa, Esq., counsel for Plaintiff, and he consents to these requests. This is Defendant's first request for an extension of its deadline to submit an Answer, and its first request for an adjournment of the Initial Pretrial Conference. Should the court grant Defendant's requests, no other future deadlines would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:  VIA ECF
     *Counsel for all parties*