```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CARLOS HERNANDEZ,

                Plaintiff,

        -against -

TAMRAK MANAGEMENT, INC.

                Defendant.
-------------------------------------------------------------------------X

19-CV-6825 (KHP)

STIPULATION & ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendant that any and all claims asserted by Plaintiff in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendant, without costs or attorneys' fees to any party as against another.

Dated: April 1, 2020
New York, NY

_____
Gregory N. Filosa, Esq.

Filosa Graff, LLP
111 John Street, Suite 2510
New York, NY 10038
P: (212) 256-1780
F: (212) 256-1781

*Attorneys for Plaintiff*

SO ORDERED:
    04/09/20

Dated: April 8, 2019
New York, NY

_____
Joshua Beldner, Esq.

Tilton Beldner LLP
626 RXR Plaza
Uniondale, NY 11556
P: (516) 262-3602
F: (516) 324-3170

*Attorneys for Defendant*

_____
HON. JUDGE KATHARINE H. PARKER

Doc ID: 94063289e554107060090f761f4d58c3ed049ab9